OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R
0006557458
MAILED FROM ZIP CODE 78701

$ 00.26⁵
FEB 13 2015

2/11/2015

BROOKS, JAMES          Tr. Ct. No. 622907-B          WR-72,691-02

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

RTS
not on
unit

JAMES BROOKS
POLUNSKY UNIT - TDC #623970
3872 FM 350 S.
LIVINGSTON, TX 77351

REF